```
                 UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK (BROOKLYN)
----------------------------:
                            :
UNITED STATES OF AMERICA,    :  Case No.: 23MJ265
                            :
                 Plaintiff, :  Brooklyn, New York
                            :  April 17, 2023
           v.               :  3:56 p.m. - 4:30 p.m.
                            :
LU JIANWANG,                 :
CHEN JINPING,                :
                 Defendants.:
----------------------------:
```

                  TRANSCRIPT OF BAIL HEARING
            BEFORE THE HONORABLE JAMES R. CHO
               UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For Government:              UNITED STATES ATTORNEYS OFFICE
                            BY:  ANTOINETTE RANGEL, AUSA
                            271 Cadman Plaza East
                            4th Floor
                            Brooklyn, New York 11201


For Defendant:              FEDERAL DEFENDERS OF NY
Lu Jianwang                 BY:  Deirdre D. Von Dornum, Esq.
                            One Pierrepont Plaza
                            Brooklyn, New York 11201


For Defendant:              LAW OFFICE OF SUSAN G. KELLMAN
Chen Jinping                BY:  Susan G. Kellman, Esq.
                            25 Eighth Avenue
                            Brooklyn, New York 11217



Proceedings recorded by electronic sound recording;
Transcript produced by transcription service


        AMM TRANSCRIPTION SERVICE - 631.334.1445

PROCEEDINGS

1          MS. RANGEL:  Good afternoon, Your Honor.
2   Antoinette Rangel, Alex Solomon and FBI Special
3   Agent, Jason Moritz, for the government.
4          THE COURT:  Good afternoon.
5          MS. VON DORNUM:  Good afternoon, Your Honor.
6    Deirdre von Dornum, Federal Defenders of New York
7   for Harry Lu.  Mr. Lu is present next to me and is
8   receiving Mandarin interpretation.  Mr. Lu has a
9   retained counsel, David Yan (phonetic), so I'm
10  appearing only for bail purposes today with the
11  Court's permission.
12         THE COURT:  All right.  That's fine.
13         MS. KELLMAN:  Good afternoon, Your Honor.
14  Susan Kellman for Chen Jinping.  My client is present
15  in court, Your Honor, and is being assisted by a
16  Mandarin interpreter as well.  I'm also joined at
17  counsel table, Your Honor, by Mike Mullen, who is a
18  member of our Eastern District mentoring program.
19         THE COURT:  All right.  Good afternoon.
20         MS. KELLMAN:  Good afternoon, Your Honor.
21         THE COURT:  All right.
22         MS. RANGEL:  Your Honor, have the
23  translators been sworn in?  Sorry if I -- oh,
24  previously sworn.  Okay.
25         THE COURT:  Okay.

AMM TRANSCRIPTION SERVICE - 631.334.1445

PROCEEDINGS

1           MS. RANGEL:  Just wanted to make sure we're

2     clear for the record.  Thank you.

3           THE COURT:  All right.  Just to confirm, are

4     you Mr. Lu?

5           DEFENDANT LU:  Yes.

6           THE COURT:  Yes?  Okay.

7           And you are Mr. Chen?  Yes?

8           MS. RANGEL:  You need to say words.

9           DEFENDANT CHEN:  Yes.

10          THE COURT:  Okay.

11          DEFENDANT CHEN:  Yes.

12          THE COURT:  Okay.  Good afternoon.  And when

13    I speak to you, please speak on the microphone so it

14    can pick you up, okay?

15          All right.  Good afternoon, everyone.  I'm

16    Judge Cho.

17          The purpose of today's proceeding is to make

18    sure that you can understand your rights, what you've

19    been charged with and determine whether you should be

20    released on bail or held in jail.

21          You have the right to remain silent.  You're

22    not required to make any statement.  If you've made a

23    statement in the past, you need not say anything

24    further.  If you start making a statement in the

25    future, you can stop at any time.  Any statement you

PROCEEDINGS

1   make may be used against you.

2           Do you understand that, Mr. Lu?

3           DEFENDANT LU:  Understood.

4           THE COURT:  Do you understand, Mr. Chen?

5           DEFENDANT CHEN:  Understood.

6           THE COURT:  All right.  Now, you also have

7   the right to an attorney.  And if you can't afford

8   one, the Court will appoint one for you.  All right.

9           Mr. Lu, I understand you have retained

10  counsel; is that correct?

11          DEFENDANT LU:  Yes.

12          THE COURT:  Understood.

13          All right.  So at least for purposes of

14  today, I will appoint Ms. von Dornum to represent you

15  for bail purposes, but going forward, you'll be

16  represented by your own attorney; is that correct,

17  Mr. Lu?

18          DEFENDANT LU:  Yeah.  One more time, please.

19  I didn't understand that.

20          THE COURT:  All right.  Mr. Lu, you have

21  your own attorney; is that correct?

22          DEFENDANT LU:  Correct.

23          THE COURT:  All right.  Now, your attorney

24  is not here today, is he?

25          DEFENDANT LU:  Correct.

PROCEEDINGS

1          THE COURT:  All right.  So for purposes of
2     today's proceeding, Ms. von Dornum with the Federal
3     Defenders would be representing you for bail
4     purposes; is that correct?
5          DEFENDANT LU:  Correct.
6          THE COURT:  All right.  Now, Ms. von Dornum,
7     do you accept that appointment?
8          MS. VON DORNUM:  I do.  Thank you, Your
9     Honor.
10          THE COURT:  All right.  Now, turning to you,
11     Mr. Chen, I have a financial affidavit in front of
12     me.  Did you complete a financial affidavit,
13     Mr. Chen?
14          DEFENDANT CHEN:  Yes.
15          THE COURT:  All right.  And it indicates
16     that you earn about $2,000 per month; is that
17     correct?
18          DEFENDANT CHEN:  Yes.
19          THE COURT:  And you currently have about
20     $50,000 in debt; is that correct?
21          DEFENDANT CHEN:  Correct.
22          THE COURT:  And that you have limited
23     savings; is that correct?
24          DEFENDANT CHEN:  Correct.
25          THE COURT:  All right.  So for purposes of

PROCEEDINGS

1   today and all purposes going forward, I will appoint

2   Susan Kellman as your attorney.

3           Ms. Kellman, do you accept that appointment?

4           MS. KELLMAN:  Yes, I do.  Thank you, Your

5   Honor.

6           THE COURT:  All right.

7           Now, Mr. Lu and Mr. Chen, I have in front of

8   me a complaint.  You have been charged with two

9   counts.  The first is conspiracy to act as an agent

10  of the People's Republic of China government, and the

11  second charge is obstruction of justice.

12          Mr. Lu, have you received a copy of the

13  complaint, or has your attorney reviewed it with you?

14          MS. VON DORNUM:  Your Honor, I reviewed it

15  with Mr. Lu with the help of Mr. Moy at a very high

16  level because I don't represent him on the

17  substantive charges.  We did not review every part of

18  it, but he understands the two criminal charges, but

19  he has not reviewed the factual allegations.

20          THE COURT:  Understood.

21          Now, Mr. Lu, am I correct in understanding

22  that you understand the two charges against you?  Is

23  that right, Mr. Lu?

24          DEFENDANT LU:  Yeah.

25          THE COURT:  All right.  Same question for

PROCEEDINGS

1   you, Mr. Chen, do you understand the charges against

2   you?

3          DEFENDANT CHEN:  Understood.

4          THE COURT:  All right.  Now, Ms. von Dornum,

5   at this point in time, does your client have a

6   position on a preliminary hearing, or are you able to

7   represent his --

8          MS. VON DORNUM:  I am, Your Honor.  At this

9   time, we'll waive the preliminary hearing and, in

10  fact, later in the proceeding, we'll have a request

11  for an order of excludable delay.

12         THE COURT:  Understood.

13         All right.  Ms. Kellman, does your client

14  have a view on preliminary hearing as well?

15         MS. KELLMAN:  Yes, Your Honor.  And he's

16  executed an order of excludable delay.

17         THE COURT:  All right.  At this time, let me

18  turn to the government.

19         Now, pursuant to Federal Criminal Procedure

20  5(f), I remind the government of its obligations

21  under Brady v. Maryland and its trial team to

22  disclose to the defense all information known to the

23  government, whether admissible or not, that is

24  favorable to the defendant and material either to

25  guilt or to punishment.  The government must make

PROCEEDINGS

1     good-faith efforts to disclose such information to

2     the defense as soon as reasonably possible.  And I'll

3     be entering an order more fully describing this

4     obligation and the possible consequences of failing

5     to meet it.  And I direct the government to review

6     and comply with that order.

7          Does the government confirm it understands

8     its obligations, and will fulfill them?

9          MS. RANGEL:  Yes, Your Honor.

10         THE COURT:  All right.  Do we need Customs

11    notification for this case?

12         MS. RANGEL:  No.  The defendants are both

13    U.S. citizens.

14         THE COURT:  Okay.  Understood.

15         All right.  I understand we have a proposed

16    bail package for both defendants; is that right?

17         MS. RANGEL:  Yes, Your Honor.

18         THE COURT:  All right.  Let's take them one

19    at a time.

20         MS. RANGEL:  Sure.

21         THE COURT:  All right.  So let's start with

22    Mr. Lu.  Why don't you put the terms on the record.

23         MS. RANGEL:  Sure.  It'll be a $400,000 --

24         THE COURT:  Mr. Lu.  Start with Mr. Lu.

25         MS. RANGEL:  Mr. Lu?  Oh, apologies.

PROCEEDINGS

1              For Mr. Lu, it's a $250,000 bond secured by

2    property.  There are two sureties.  And we have --

3    we've given defense counsel a week to perfect the

4    security by property.

5              Would you like me to go through the

6    conditions, the additional conditions?  They apply to

7    both defendants.  So maybe the dollar amount for each

8    defendant, and then the shared conditions afterwards?

9              THE COURT:  Go ahead and put all the

10   conditions on the record for each defendant one at a

11   time.

12             MS. RANGEL:  Sure.  So report to Pretrial

13   Services as directed.  Travel is restricted to the

14   Eastern and Southern Districts of New York.

15   Surrender any travel documents and do not apply for

16   any travel documents.  Have no contact with any

17   witnesses or victims of the offenses.  Refrain from

18   contact with any co-conspirators identified by our

19   office, as well as any contact with any People's

20   Republic of China officials.  Be subject to random

21   home and employment contacts, and subject to location

22   monitoring, and a curfew as determined by Pretrial

23   Services.

24             THE COURT:  Understood.

25             MS. RANGEL:  And, in addition, the final

PROCEEDINGS

1   condition is that they not come within one mile of

2   the PRC Consulate and the PRC Mission.  The Consulate

3   is located at 520 12th Avenue in New York City in

4   Manhattan, and the PRC Mission is 350 East 35th

5   Street, also in Manhattan.

6           THE COURT:  All right.  Ms. von Dornum, are

7   those the material terms as you understand them to

8   be?

9           MS. VON DORNUM:  Yes.  May I just consult

10  with Ms. Rangel for a moment?

11          THE COURT:  Yes.  Go ahead.

12          (Discussion held off the record.)

13          MS. RANGEL:  So I'll slightly revise the

14  final condition, which is just a half a mile from the

15  PRC Consulate and the PRC Mission.  And if for any

16  reason he needs to go slightly closer because they're

17  in midtown, he'll have to give notification to

18  Pretrial Services.

19          THE COURT:  Okay.  Ms. von Dornum, go ahead.

20          MS. VON DORNUM:  I was going to say, it's my

21  understanding that Pretrial doesn't need Court

22  consent, nor does he need Pretrial approval, but to

23  notify Pretrial if he's going closer than half a

24  mile, given that those are both located in Midtown, I

25  think it's difficult to entirely avoid the area.

PROCEEDINGS

1              THE COURT:  Understood.  All right.  That's
2     fine.
3              Why don't I hear from the two suretors.
4              Can you swear them in?
5              (Witnesses sworn.)
6              THE COURT:  All right.  Since you both have
7     the same last name, I'll refer to you by first name;
8     okay?
9              LARRY LU:  Okay.
10              THE COURT:  All right.  Good afternoon.  I'm
11     Judge Cho.  Let me explain to you what's going to
12     happen today.
13              The defendant, Mr. Lu, has been arrested on
14     two felony charges.  The parties have agreed to the
15     terms of a bond in the amount of $250,000, all right,
16     co-signed by the two of you.  Before I can approve
17     this bond, I must assure myself that the two of you
18     are appropriate co-signers on this bond; okay?
19              Larry Lu, you understand English, correct?
20              LARRY LU:  Yes.
21              THE COURT:  All right.  Now, Tina Lu, do you
22     need a Chinese interpreter, or do you understand
23     English?
24              THE INTERPRETER:  Chinese.
25              THE COURT:  Interpreter?

PROCEEDINGS

1          TINA LU:  Yes.

2          THE COURT:  Okay.

3          TINA LU:  Yes.

4          THE COURT:  All right.  Ms. Lu, if at any

5     point in time you don't understand anything I'm

6     asking you, please tell me; okay?

7          All right.  So let me start with you first,

8     Larry, then, so Tina can listen in; all right?

9          I understand you are Mr. Lu's son; is that

10    correct?

11         LARRY LU:  Yes.

12         THE COURT:  All right.  How old are you?

13         LARRY LU:  28.

14         THE COURT:  All right.  And are you

15    currently working?

16         LARRY LU:  Yes.

17         THE COURT:  Approximately how much money do

18    you earn per year?

19         LARRY LU:  About 70,000.

20         THE COURT:  All right.  What kind of work do

21    you do?

22         LARRY LU:  Software development.

23         THE COURT:  All right.  What is your current

24    address?

25         LARRY LU:  It's 1801 White Plains Road,

PROCEEDINGS

1   Bronx, New York 10462.

2        THE COURT:  All right.  You were here when

3   the government mentioned the terms of his release; is

4   that correct?

5        LARRY LU:  Yes.

6        THE COURT:  Okay.  Now, under our system,

7   you don't have to put up any money today.  It's only

8   in the event that your father violates any terms of

9   his release that the government may come after you to

10  recover the full $250,000 bond.  Do you understand

11  that?

12       LARRY LU:  Yes.

13       THE COURT:  Okay.  Now, knowing all of that,

14  do you still agree to be a co-signer on this bond?

15       LARRY LU:  Yes.

16       THE COURT:  Okay.  All right.  I will

17  approve you as a co-signer on this bond.  Okay.  You

18  may be seated.

19       All right.  Turning to you, now.  I

20  understand that you are Mr. Lu's wife; is that

21  correct?

22       MS. VON DORNUM:  Sister, Your Honor.

23       THE COURT:  I'm sorry.  Sister.  Is that

24  correct?

25       TINA LU:  Older sister.

AMM TRANSCRIPTION SERVICE - 631.334.1445

PROCEEDINGS

1              THE COURT:  Okay.  Are you currently

2    working?

3              TINA LU:  Yes.

4              THE COURT:  All right.  Keep your voice up

5    so I can hear you.

6              TINA LU:  Oh, okay.

7              THE COURT:  What kind of work do you do?

8              TINA LU:  Help my mother.

9              THE COURT:  All right.

10             MS. VON DORNUM:  We would say home-health

11    aid, Your Honor.

12             THE COURT:  Understood.

13             TINA LU:  Yes.

14             THE COURT:  You're being compensated for

15    your work, correct?

16             TINA LU:  Yes.

17             THE COURT:  All right.  Approximately how

18    much money do you earn per year?

19             TINA LU:  28,000.

20             THE COURT:  Okay.  All right.  Now, as I

21    mentioned to the defendant's son, under our system,

22    you don't have to put up any money today.  It's only

23    in the event that the defendant violates any terms of

24    his release that the government may come after you to

25    recover the full $250,000 bond.  Do you understand

PROCEEDINGS

1    that?

2              TINA LU:  Understand.

3              THE COURT:  All right.  Now, knowing all

4    that, do you still want to be a co-signer on this

5    bond?

6              TINA LU:  All right.

7              THE COURT:  Okay.  All right.  I will

8    approve you a suretor as well.  You can go ahead and

9    be seated.

10             TINA LU:  Thank you.

11             THE COURT:  All right.  Turning now to you,

12   Mr. Lu.

13             Mr. Lu, I am prepared to approve the bond

14   consented to by the parties in the amount of

15   $250,000.  Do you understand that?

16             DEFENDANT LU:  I do.

17             THE COURT:  All right.  As I mentioned to

18   your son and to your sister, you don't have to put up

19   any money today.  It's only in the event that you

20   violate any terms of your release that the government

21   may come after you to recover the full $250,000 bond.

22   Do you understand that?

23             DEFENDANT LU:  Yeah.

24             THE COURT:  Okay.  All right.  Let me give

25   you some warnings before we move on to the other

PROCEEDINGS

1    defendant.

2           Now, Mr. Lu, if you fail to come to court as

3    directed, a warrant will be issued for your arrest,

4    and you'll be held without bail until your trial.

5           THE INTERPRETER:  Your Honor, can you slow

6    down?

7           THE COURT:  Sure.

8           Mr. Lu, if you fail to come to court as

9    directed, a warrant will be issued for your arrest,

10   and you'll be held without bail until your trial.  If

11   you fail to appear, you may be brought up on charges

12   of bail jumping, which is a separate felony offense.

13   Even if you're not convicted of the underlying

14   charge, if you're convicted of bail jumping, you

15   could go to jail for that.  If you're convicted of

16   both the underlying charge and the bail jumping, you

17   could receive consecutive jail terms.

18          If you commit any crimes while out on bail,

19   you'd be subjected to increased punishment.  You are

20   not to threaten or influence the testimony of any

21   witnesses against you.  Do you understand that?

22          DEFENDANT LU:  I do.

23          THE COURT:  All right.  Keep your attorney

24   aware of where you can be reached.  Appear in court

25   as directed.  Do not commit any crimes while you're

PROCEEDINGS

1    out on bail.  And do not seek to influence the

2    testimony of any witnesses against you.  Do you

3    understand?

4              DEFENDANT LU:  Okay.

5              THE COURT:  All right.  Can you comply with

6    all the terms of your release?

7              DEFENDANT LU:  Yeah.

8              THE COURT:  All right.  I'll go ahead and

9    approve the bond as proposed by the parties.  Okay.

10             All right.  Let's turn now to Mr. Chen.

11   Will the government put the material terms of the

12   bond on the record.

13             MS. RANGEL:  Yes, Your Honor.

14             For Mr. Chen Jinping, it'll be a $400,000

15   bond.  He'll report to Pretrial Services as directed.

16   Travel is restricted to the Eastern and Southern

17   Districts of New York.  He'll surrender any travel

18   documents and not obtain any new travel documents.

19   He'll have no contact with any witnesses and victims

20   in this case.  He'll refrain from any contact with

21   co-conspirators identified by our office, as well as

22   any PRC government officials.  He'll be subject to

23   random home and employment contacts.  And in

24   addition, we ask the same half mile restriction that

25   he can't be near the PRC Consulate and PRC Mission.

PROCEEDINGS

1              THE COURT:  Understood.

2              Ms. Kellman, any other terms you want to put

3       on the record?

4              MS. RANGEL:  Oh, I apologize, Your Honor.

5       He'll also be subject to location monitoring and a

6       curfew as directed by Pretrial.  My apologies.

7              THE COURT:  Ms. Kellman, any other terms?

8              MS. KELLMAN:  No, Your Honor.

9              THE COURT:  All right.  Why don't I hear

10      from the suretors.

11             (Witnesses sworn.)

12             THE COURT:  All right.  Good afternoon to

13      the three of you.  I'm Judge Cho.  I'm going to

14      explain to you what's going to happen.

15             I believe you heard the prior proceeding, so

16      you'll hear the same questions I asked of the other

17      suretors.

18             So, William, as I understand it, you are

19      Mr. Chen's son; is that correct?

20             WILLIAM CHEN:  Yes, sir.

21             THE COURT:  Okay.  And you are Lingming; is

22      that correct?

23             LINGMING CHEN:  Yes.

24             THE COURT:  All right.  You are the

25      defendant's daughter?

PROCEEDINGS

1              LINGMING CHEN:  Correct.

2              THE COURT:  All right.  And finally, your

3      name is Chao-Lin; is that correct?

4              CHAO-LIN CHEN:  Yes.

5              THE COURT:  All right.  What is your

6      relationship to the defendant?

7              CHAO-LIN CHEN:  Husband and wife.

8              THE COURT:  Okay.  All right.  So, William

9      and Lingming, you both understand English, correct?

10             LINGMING CHEN:  Yes.

11             WILLIAM CHEN:  Yes, sir.

12             THE COURT:  Okay.  I'll start with the two

13     of you, then we'll move over to your mother.

14             William, how old are you?

15             WILLIAM CHEN:  I'm 22 years old, Your Honor.

16             THE COURT:  Are you currently working?

17             WILLIAM CHEN:  Yes.

18             THE COURT:  All right.  Do you have a

19     full-time job?

20             WILLIAM CHEN:  I do.

21             THE COURT:  Approximately how much money do

22     you earn per year?

23             WILLIAM CHEN:  $85,000.

24             THE COURT:  All right.  Now, let me turn to

25     Lingming.

PROCEEDINGS

1            Are you currently working?

2            LINGMING CHEN:  Yes.

3            THE COURT:  How old are you?

4            LINGMING CHEN:  31.

5            THE COURT:  All right.  And are you working

6    full-time?

7            LINGMING CHEN:  Yes.

8            THE COURT:  Approximately how much money do

9    you earn per year?

10            LINGMING CHEN:  $100,000.

11            THE COURT:  All right.  Finally, let me turn

12    to Chao-Lin.

13            How do you pronounce your name?

14            CHAO-LIN CHEN:  Chao-Lin Chen.

15            THE COURT:  All right.  I will refer to you

16    by your first name, if that's okay.  It's just easier

17    for me that way.  All right.

18            Do you currently reside with your husband?

19            CHAO-LIN CHEN:  Yes.

20            THE COURT:  Are you currently working?

21            CHAO-LIN CHEN:  Yes.

22            THE COURT:  Are you working full-time?

23            CHAO-LIN CHEN:  Yes.

24            THE COURT:  Approximately how much money do

25    you earn per year?

PROCEEDINGS

1          CHAO-LIN CHEN:  30-plus thousand.

2          THE COURT:  All right.  So the defendant --

3   I'm prepared to release him on a $400,000 bond.

4   Under our system, none of you need to put up any

5   money today.  It's only in the event your father and

6   your husband violate any terms of his release that

7   the government may come after all of you to recover

8   the $400,000 bond.

9          So I'll ask you one at a time, understanding

10   that, do you still want to be a co-signer on this

11   bond?

12          William, do you still want to be a

13   co-signer?

14          WILLIAM CHEN:  Yes, sir.

15          THE COURT:  All right.  Lingming?

16          LINGMING CHEN:  Yes.

17          THE COURT:  All right.  Chao-Lin?

18          CHAO-LIN CHEN:  Yes.

19          THE COURT:  All right.  I will approve you

20   as co-signers on this bond.  You can be seated.

21   Thank you.

22          All right.  Let me turn to you now,

23   Mr. Chen.

24          I am prepared to approve your $400,000 bond.

25   As I mentioned to your children and to your wife, you

PROCEEDINGS

1    don't have to put up any money today.  It's only in

2    the event you violate any terms of your release that

3    the government will come after you to recover the

4    full $400,000 bond.  Do you understand that?

5              DEFENDANT CHEN:  Yes.

6              THE COURT:  All right.  Let me give you some

7    warnings as well.

8              If you fail to come to court as directed, a

9    warrant will be issued for your arrest and you'll be

10   held without bail until your trial.  If you fail to

11   appear, you will be brought up on charges of

12   bail jumping, which is a separate felony offense.

13   Even if you're not convicted of the underlying

14   charge, if you're convicted of bail jumping, you

15   could go to jail for that.  If convicted of both the

16   underlying charge and a bail jumping, you could

17   receive consecutive jail terms.

18             If you commit any crimes while out on bail,

19   you'll be subjected to increased punishment.  So you

20   are not to threaten or influence the testimony of any

21   witnesses against you.  You could be punished for

22   that as well.  So keep your attorney aware of where

23   you can be reached.  Appear in court as directed.  Do

24   not commit any crimes.  And do not seek to influence

25   the testimony of the witnesses against you.

AMM TRANSCRIPTION SERVICE - 631.334.1445

PROCEEDINGS

```
 1              All right.  Can you comply with all the
 2     terms of your release?
 3              DEFENDANT CHEN:  Yes.
 4              THE COURT:  Okay.  I'll go ahead and approve
 5     the bond as well.
 6              Do you need some water, Ms. Kellman?
 7              MS. KELLMAN:  That would be great, Judge.
 8              Thank you.
 9              THE COURT:  All right.  I understand we have
10     an application to exclude time, is that correct, from
11     the government?
12              MS. RANGEL:  Yes, for both defendants, Your
13     Honor.
14              THE COURT:  All right.  Do you want to put
15     the reasons for the application on the record?
16              MS. RANGEL:  Yes, Your Honor.  The parties
17     request the time be excluded between April 17th,
18     today, and May 17th, so that the parties may engage
19     in plea negotiations.
20              MS. KELLMAN:  May or June?
21              MS. RANGEL:  I'm sorry.  June.  June 17th.
22              THE COURT:  All right.  Ms. von Dornum, is
23     that correct?
24              MS. VON DORNUM:  That's correct, Your Honor.
25              THE COURT:  All right.  Ms. Kellman, is that
```

PROCEEDINGS

1  correct with your client as well?

2          MS. KELLMAN:  Yes, Your Honor.

3          THE COURT:  All right.  Now, Ms. von

4  Dornum -- and I'll ask you the same questions,

5  Ms. Kellman.

6          Ms. von Dornum, have you discussed with

7  Mr. Lu the matter of agreeing to exclude time?

8          MS. VON DORNUM:  I have, Your Honor.

9          THE COURT:  Okay.  And do you believe it's

10  in your client's best interest to exclude time as

11  well?

12          MS. VON DORNUM:  I do.

13          THE COURT:  All right.  Ms. Kellman, same

14  question for you.

15          MS. KELLMAN:  I have discussed it with him,

16  and I believe it's in his best interest, yes.  Thank

17  you, Judge.

18          THE COURT:  All right.  Now, to confirm,

19  Mr. Lu, I have a document entitled, "Application and

20  Order of Excludable Delay."  Did you sign this

21  document, Mr. Lu?

22          DEFENDANT LU:  Yeah.

23          THE COURT:  Yes?

24          DEFENDANT LU:  Uh-huh.

25          THE COURT:  Okay.  And did you have a

PROCEEDINGS

1  conversation with your attorney about the issue of

2  excluding time?  You have to say yes or no.

3          DEFENDANT LU:  Yes.

4          THE COURT:  Okay.  All right.

5          Mr. Chen, same questions for you, is this

6  your application?

7          DEFENDANT CHEN:  Yes.

8          THE COURT:  All right.  And did you have a

9  conversation with your attorney about excluding time?

10          DEFENDANT CHEN:  Yes.

11          THE COURT:  All right.  I want -- at this

12  time, I want to make sure that both of you understand

13  what you are agreeing to by consenting to this order.

14          Under the constitutional law of the United

15  States, defendants in a criminal case have a right to

16  a speedy trial.  Specifically, part of this right is

17  the right to have formal charges brought promptly.

18  Specifically, by statute, an Indictment or

19  Information must be returned within 30 days of the

20  defendant's arrest, with certain periods of time

21  excluded from that 30-day calculation.

22          Now, if formal charges are not brought

23  within the 30-day period, that could be the basis for

24  a motion to dismiss the charges.  By agreeing to

25  exclude the period of time from today, April 17th

AMM TRANSCRIPTION SERVICE - 631.334.1445

PROCEEDINGS

1   through June 17, 2023, you are, in effect, agreeing

2   that the speedy-trial clock will not be running at

3   all during that period of time.  Therefore, if I

4   approve the exclusion, if you ever made a motion to

5   dismiss the charges because an Indictment or

6   Information had not been filed within 30 days, you

7   would not be permitted to take into account

8   (inaudible) the period of time from April 17th until

9   June 17, 2023.

10           Mr. Lu, do you understand that?

11           DEFENDANT LU:  Yes.

12           THE COURT:  Mr. Chen, do you understand?

13           DEFENDANT CHEN:  Yes.

14           THE COURT:  All right.  Now, Mr. Lu, when

15   you signed this form, did you sign this form

16   voluntarily and of your own free will?

17           DEFENDANT LU:  Correct.

18           THE COURT:  All right.  Has anyone made any

19   promise or threat to get you to sign this form?

20           DEFENDANT LU:  No.

21           THE COURT:  All right.  Same question for

22   you, Mr. Chen, are you making this decision to

23   exclude time voluntarily and of your own free will?

24           DEFENDANT CHEN:  Yes.

25           THE COURT:  Has anyone made any promise or

AMM TRANSCRIPTION SERVICE - 631.334.1445

PROCEEDINGS

1    threat to get you to agree with this exclusion of

2    time?

3              DEFENDANT CHEN:  No.

4              THE COURT:  All right.  At this time, I find

5    that the defendants, Mr. Lu and Mr. Chen -- that

6    their consent is knowing, intelligent and

7    voluntarily, and that excluding the specified period

8    of time serves the public interest.

9              All right.  I will go ahead and grant the

10   applications for both defendants.

11             All right.  Anything else for the government

12   at this time?

13             MS. RANGEL:  No, Your Honor.

14             THE COURT:  Ms. von Dornum, anything else

15   for Mr. Lu?

16             MS. VON DORNUM:  No, Your Honor.  Thank you.

17             THE COURT:  Ms. Kellman, anything else for

18   Mr. Chen?

19             MS. KELLMAN:  No.  Thank you, Your Honor.

20             THE COURT:  We are adjourned.  Thank you,

21   everyone.

22

23                            0o0

24

25

```
1              C E R T I F I C A T E

2

3      I, Adrienne M. Mignano, certify that the

4  foregoing transcript of proceedings in the case of

5  US v. Jianwang, et al., Docket #23MJ265 was prepared

6  using digital transcription software and is a true and

7  accurate record of the proceedings.

8

9

10 Signature  ___Adrienne M. Mignano___

11            ADRIENNE M. MIGNANO, RPR

12

13 Date:      April 25, 2023

14

15

16

17

18

19

20

21

22

23

24

25
```