# LAW OFFICE OF JOHN F. CARMAN

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

July 31, 2023

*Granted subject to the limitations proposed by Pretrial Services.*
*Vera M. Scanlon, USMJ 8/2/23*

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Lu Jianwang
      Docket No. 23-MJ 265

Dear Judge Cho:

      We are attorneys of record for Mr. Lu Jianwang in the above criminal matter and submit this letter in support of our client's request to travel to Bellaire, Texas from August 9, 2023 to September 27, 2023. The purpose of the proposed travel is to permit Mr. Jianwang to visit with his daughter and grandchildren who live at 4922 Bellaire Blvd. Bellaire, Texas. Mr. Jianwang is in compliance with all conditions of his release which include a curfew and location monitoring.

      Pretrial has indicated that that they consent to this request with the understanding that location monitoring will be continued in Texas. In addition, a home visit will be required of the daughter's residence. AUSA Antoinette Rangel has offered the consent of her office to this request. Finally, since both flights will conflict with the curfew, we request an exemption from curfew on the travel dates.

      Thank you for your consideration.

Very truly yours,

_____/s/_____
JOHN F. CARMAN
(JC 7149)

cc:   Tara Saranelli, U.S. Pretrial Services Officer

      Antoinette Rangel, Assistant United States Attorney

JFC/ams