

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ANR
F. #2022R00805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 4, 2023

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Lu et al.
          Criminal Docket No. 23-316 (NRM)

Dear Judge Morrison:

      The government and defense counsel respectfully submit this letter to request an order of excludable delay in the above-referenced case until October 10, 2023 the date of the first status conference in this matter. See 18 U.S.C. § 3161(h)(7)(A) (excluding from the 70-day period between the return of an indictment and the commencement of trial any time that the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:     /s/
      Antoinette N. Rangel
      Assistant U.S. Attorney
      (718) 254-7481

cc:   Susan Kellman, Esq. (by ECF)
      John F. Carman, Esq. (by ECF)