# THE CARMAN LAW OFFICE

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

February 28, 2024

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: **United States v. Lu Jianwang**
         **Docket No. 23-cr-316**

Dear Judge Morrison:

  I represent Mr. Lu with reference to the above criminal matter and submit this letter in support of his request to travel to Houston, Texas from March 6, 2024 to March 19, 2024. The purpose of this travel is to visit his daughter and grandchildren. He will be staying at his daughter's residence located at 4922 Bellaire Boulevard, Bellaire, Texas 77401.

  During his stay he would like to attend the Mutton Bustin that his grandson will be participating in. We respectfully request that he be permitted to return home by 11:00 p.m. on March 6, 2024 and on March 13, 2024 at 11:30 p.m., which requires a curfew extension.

  Pretrial Officer Tara Sarnelli and AUSA Antoinette Rangel are aware of this application and offer their consent.

  Thank you for your consideration.

Very truly yours,

\_\_\_\_/s/_____
JOHN F. CARMAN
(JC 7149)

cc: Tara Sarnelli, U.S. Pretrial Services Officer
   Antoinette Rangel, Assistant United States Attorney

JFC/ams