# LAW OFFICE OF JOHN F. CARMAN

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

July 8, 2024

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Lu Jianwang*
        <u>Docket No. 23-MJ 265</u>

Dear Judge Morrision: :

  We are attorneys of record for Mr. Lu Jianwang in the above criminal matter and submit this letter in support of our client's request to extend his curfew until 11:30 p.m. on July 27, 2024 to attend the wedding of his niece. Mr. Jianwang is in compliance with all conditions of his release which include a curfew and location monitoring.

  PTSO Sarnelli and AUSA Antoinette Rangel have offered the consent of their offices

  Thank you for your consideration.

Very truly yours,

____/s/_____
JOHN F. CARMAN
(JC 7149)

cc: Tara Sarnelli, U.S. Pretrial Services Officer

   Antoinette Rangel, Assistant United States Attorney

JFC/ams