# THE CARMAN LAW OFFICE

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

December 16, 2024

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Jianwang Lu*
        *Docket No. 23-CR-316*

Dear Judge Morrison:

  I represent Mr. Lu with reference to the above criminal matter which is on the Court's calendar for conference on Wednesday, December 18, 2024. We submit this letter in support of his request for an adjournment of 60 days in order to complete work associated with the government's C.I.P.A. filings.

  AUSA Alexander Solomon is aware of this application and has offered his consent. The defendant agrees to the entry of an order of excludable delay for the period of the adjournment.

  Thank you for your consideration.

Very truly yours,

____/s/_____
JOHN F. CARMAN
(JC 7149)

cc: Alexander Solomon, Assistant United States Attorney

JFC/ams