# THE CARMAN LAW OFFICE

| | Attorneys at Law | |
|---|---|---|
| JOHN F. CARMAN, ESQ. | 666 Old Country Road | ASSOCIATE ATTORNEY |
| SUSAN SCARING CARMAN, ESQ. | Suite 501 | SARA M. PERVEZ, ESQ. |
| | Garden City, New York 11530 | |
| | (516) 683-3600 | PARALEGAL |
| | Facsimile | ANNA M. SACCO |
| | (516) 683-8410 | |

December 23, 2024

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

                       Re:     *United States v. Lu Jianwang*
                                  *Docket No. 23-cr-316*

Dear Judge Morrison:

       I represent Mr. Lu with reference to the above criminal matter and submit this letter in support of his request to travel to Houston, Texas from February 1, 2025 to February 17, 2025. The purpose of this trip is to visit his daughter and grandchildren. He will be staying at his daughter's residence located at 4922 Bellaire Boulevard, Bellaire, Texas 77401.

       Pretrial Officer Tara Sarnelli and AUSA Antoinette Rangel are aware of this application and do not object.

       Thank you for your consideration.

Very truly yours,

____/s/_____
JOHN F. CARMAN
(JC 7149)

cc:     Tara Sarnelli, U.S. Pretrial Services Officer
        Antoinette Rangel, Assistant United States Attorney

JFC/ams