

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/ANR/MS
F. #2022R00805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2025

By ECF

The Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lu Jianwang
                Criminal Docket No. 23-316 (NRM)

Dear Judge Morrison:

      Pursuant to the Court's minute order dated July 9, 2025, the parties respectfully submit the below proposed schedule for pretrial briefing and disclosures:

- August 29, 2025 – Expert Disclosures
- September 12, 2025 – Pretrial Motions and Motions in Limine
- September 26, 2025 – Oppositions to Pretrial Motions and Motions in Limine
- October 6, 2025 – Replies to Pretrial Motions and Motions in Limine
- October 24, 2025 – Proposed Jury Instructions and Proposed Voir Dire
- October 24, 2025 – Disclosure of Witness and Exhibit Lists
- October 27, 2025 – Disclosure of 18 U.S.C. § 3500 Material

                        Respectfully submitted,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By:    /s/
        Alexander A. Solomon
        Antoinette N. Rangel
        Matthew Skurnik
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (NRM) (by ECF)
       Defense Counsel (by ECF)