# THE CARMAN LAW OFFICE

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

January 5, 2026

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

        *Re:*    *United States v. Jianwang Lu*
                   *Docket No. 23-CR-316*

Dear Judge Morrison:

    Please accept this letter requesting a continuance of the status conference in the above matter previously scheduled for January 7, 2026. The parties agree that a status conference would be more valuable in the first week of February. We are available any day of the week of February 2, 2026 that is convenient for the court. The Government consents to this application.

    Thank you for your consideration.

Very truly yours,

____/s/_____
JOHN F. CARMAN
(JC 7149)

cc: Antoinette Rangel, Assistant United States Attorney

JFC/ams