
*United States Attorney*
*Eastern District of New York*

AFM:LRO/ANR
F. #2022R00805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 2, 2026

<u>By E-mail and ECF</u>

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Ste 501
Garden City, New York 11530

> Re: United States v. Lu Jianwang
> <u>Criminal Docket No. 23-316 (NRM)</u>

Dear Counsel:

The government writes to provide notice that it intends to call at trial one or more witnesses involved in the extraction and formatting of data from electronic devices and Apple iCloud accounts. The government anticipates that these witnesses will testify regarding how data is extracted or formatted from the source (phone, computers, and iCloud data), and their observations about the data that was extracted or placed in a format that is readable to a person. While technical in nature, such testimony is appropriately treated as lay witness testimony. <u>See</u> Fed. R. Evid. 602 (fact testimony admissible where witness has personal knowledge), 701 (permitting lay opinion testimony). The Second Circuit and district courts within the Circuit have routinely held admissible testimony about technical subjects from witnesses not admitted as experts, provided the witnesses' testimony reflects their perceptions (in the case of fact testimony) or meets the three requirements of Rule 701 (in the case of lay opinion testimony). <u>See,</u> e.g., <u>United States v. Marsh</u>, 568 F. App'x 15, 16-17 (2d Cir. 2014) (no abuse of discretion where FBI agent testified about use of specialized investigative tool to download contents of two cellphones); <u>United States v. Ray</u>, No. 20-CR-110 (LJL), 2022 WL 817270, at *1 (S.D.N.Y. Mar. 16, 2022) (relying on <u>Marsh</u> to admit lay testimony by agent about technical process).

Accordingly, we do not anticipate calling any such witness as an expert, and therefore no disclosure is required under Rule 16(a)(1)(G).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/_____
Lindsey R. Oken
Antoinette N. Rangel
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (NRM) (by ECF)
Defense Counsel (by ECF)