**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM:LRO/ANR
F. #2022R00805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2026

<u>By E-mail and ECF</u>

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Ste 501
Garden City, New York 11530

> Re: United States v. Lu Jianwang
> <u>Criminal Docket No. 23-316 (NRM)</u>

Dear Mr. Carman:

Enclosed please find signed expert disclosures relating to the anticipated testimony of I Ching "Florence" Ng, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. The government reserves the right to supplement and/or correct this disclosure if appropriate. <u>See</u> Fed. R. Crim. P. 16(a)(1)(G)(vi).

The government also requests reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Lindsey R. Oken
Antoinette N. Rangel
Assistant U.S. Attorneys
(718) 254-7000

Enclosures
cc: Clerk of the Court (NRM) (by ECF) (no enclosures)

**<u>Disclosure as to Expert Witness I Ching Ng</u>**

**I.       Statement of Opinions, Bases, and Reasons**

The following is "a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under [Rule 16](b)(1)(C), and the bases and reasons for them," Fed. R. Crim. P. 16(a)(1)(G)(iii):

The government expects to call I Ching Ng, concerning the translation of certain case evidence from the Chinese language into the English language.

**II.      Qualifications**

A list of "the witness's qualifications, including a list of all publications authored in the previous 10 years," Fed. R. Crim. P. 16(a)(1)(G)(iii), is contained in Ms. Ng's enclosed biography.  Ms. Ng has not published in the past 10 years.

**III.     List of Cases**

Over the past four years, Ms. Ng has testified in <u>United States v. Wang</u> (22-CR-230) and <u>United States v. Sun et al.</u> as an expert witness (24-CR-346).  <u>See</u> Fed. R. Crim. P. 16(a)(1)(G)(iii).

Respectfully submitted,

I Ching Ng

# I Ching Ng

**Bio:**

I Ching Ng is a bilingual Chinese-English legal, medical, business interpreter, translator and editor servicing clients in North America and Greater China.

Fluent in Mandarin, Cantonese and English, she has been working as a linguist and copyeditor for more than two decades, specializing in subject matters ranging from legal, medical, pharmaceutical to business and marketing.

Ng is a court interpreter (Mandarin and Cantonese) certified by the New York State Unified Court System and approved by the U.S. federal courts. She is also a medical interpreter (Mandarin) certified by Certification Commission for Healthcare Interpreters (CCHI) and completed "Bridging The Gap" medical interpreter training.

Her clients include international law firms such as DLA Piper, Eversheds and Ropes & Gray, American Arbitration Association, Hong Kong International Arbitration Association, US Department of Justice, US Attorney's Office, US International Trade Commission (USITC), US Securities and Exchange Commission (SEC), Public Company Accounting Oversight Board (PCAOB), CME Group, Pennsylvania State Court, CFA Institute, Hong Kong Institute of Certified Public Accountants, United Nations, multinational companies such as Aetna, Chubb, Pfizer, Boehringer Ingelheim, Johnson & Johnson, Dior and select business and legal publications.

Previously, she worked as a trademark researcher at the New York office of Ladas & Parry LLP, an international intellectual property law firm, and Mayer Brown JSM's Hong Kong office.

Ng has interpreted legal proceedings and depositions for cross-border litigations ranging from antitrust investigations against global airlines, anti-money laundering probes in the banking sector, trade dispute, contract breaches, commercial trade secrets violation, patent and copyright infringement in telecommunications, semiconductor and pharmaceutical sectors, personal injury cases, class action lawsuits against US-listed Chinese companies, shareholder disputes to securities law violations.

She graduated with a bachelor's degree in English Studies and Classical Civilization from University of Nottingham, England, a master's degree in Chinese law at Tsinghua University and a master's degree in Journalism from Columbia University.

She is also a member of American Translators Association (ATA), Asian American Bar Association of New York (AABANY), Hong Kong Translation Society, International Medical Interpreters Association (IMIA), National Association of Judiciary Interpreters and Translators (NAJIT), The Law Society of Hong Kong, The Hong Kong Institute of Legal Translation and Society for Advancing Business Editing and Writing (SABEW).

As an experienced simultaneous and conference interpreter, she has worked on various conferences and industry gatherings such as investigators meetings of pharmaceutical and biotech companies, industry conferences on equities, fixed income and fund investments, cryptocurrency, green energy (e.g. solar, smart grid

application), retail and direct selling, luxury products, workplace safety and CSR compliance.