

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LRO/ANR
F. #2022R00805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 21, 2026

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Ste 501
Garden City, New York 11530

By ECF and E-mail

    Re:  United States v. Lu et al.
       Criminal Docket No. 23-CR-316 (NRM)

Dear Counsel:

   Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which will be produced to you via USAFx. The government also requests reciprocal discovery from the defendant.

I.  The Government's Discovery

| Bates Begin | Bates End | Description |
| --- | --- | --- |
| LU001010 | LU001010 | Chen Jinping Post Arrest Video |
| LU001011 | LU001634 | 107 E Broadway Mortgage Records |
| LU001635 | LU001662 | U.S. State Department Visa Records |
| LU001663 | LU001663 | FARA Record Search Certification |
| LU001664 | LU001678 | Chen Jinping Interview and Arrest Reports |
| LU001679 | LU001685 | Summary Translations |
| LU001686 | LU001687 | Verbatim Translation |
| LU001688 | LU001689 | E-mail |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling me to arrange a mutually convenient time.

<div style="margin-left: 50%;">

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ _____
Lindsey R. Oken
Antoinette N. Rangel
Assistant United States Attorneys
(718) 254-7000

</div>

Enclosures

cc:    Clerk of the Court (NRM) (by ECF) (without enclosures)
       Counsel of Record (by ECF and E-mail) (with enclosures)