

| LRO/ANR | *271 Cadman Plaza East* |
|---|---|
| F. #2022R00805 | *Brooklyn, New York 11201* |

April 1, 2026

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Ste 501
Garden City, New York 11530

By ECF and E-mail

> Re: United States v. Lu et al.
> Criminal Docket No. 23-CR-316 (NRM)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which will be produced to you via USAfx. The government also requests reciprocal discovery from the defendant.

I.     The Government's Discovery

| Bates Begin | Bates End | Description |
|---|---|---|
| LU001690 | LU001703 | U.S. Customs and Border Protection Records |
| LU001704 | LU001705 | China News Video and Screenshot |
| LU001706 | LU002417 | WeChat Communications |
| LU002418 | LU002423 | Dell Computer Responsive Report |
| LU002424 | LU002437 | Verbatim Translations |
| LU002438 | LU002482 | Interview Attachments |
| LU002483 | LU002707 | Additional Verbatim Translations |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Lindsey R. Oken
Antoinette N. Rangel
Assistant United States Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (NRM) (by ECF) (without enclosures)
Counsel of Record (by ECF and E-mail) (with enclosures)