**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.# 2022R00805
LRO

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2026

<u>By ECF</u>

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Lu et al.
>       <u>Criminal Docket No. 23-316 (S-1) (NRM)</u>

Dear Judge Morrison:

The parties jointly and respectfully submit this letter to request that the Court adopt the following proposed schedule for any post-trial briefing in the above-referenced case:

> Defendant's Initial Brief Due:  June 22, 2026
> Government's Brief Due:  July 17, 2026

The parties remain available should the Court have any questions.

> Respectfully submitted,
>
> JOSEPH NOCELLA, JR.
> United States Attorney

By:      /s/ _____
>       Lindsey R. Oken
>       Antoinette N. Rangel
>       Assistant U.S. Attorneys
>       (718) 254-7000

cc:     Clerk of Court (NRM) (by ECF)
        Defense Counsel (by ECF)